## UNITED STATE DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS WORTLEY, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES GYPSUM COMPANY,<br><br>Defendant. | Civil Action No. 2:19-cv-04495-ES-CLW<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY** |

The undersigned parties hereby notify the Court the parties have reached an agreement to settle the above-captioned collective action and hereby request that the Court stay all proceeding for a period of thirty (30) days to allow the parties to execute a formal written Settlement Agreement and submit a motion to approve the settlement.

| | |
|---|---|
| */s/ Graham F. Baird*<br>Graham F. Baird, Esq.<br>Law Office of Eric A. Shore, P.C.<br>Two Penn Center, Suite 1240<br>1500 John F. Kennedy Boulevard<br>Philadelphia, PA  19110<br>Phone:  (267) 546-1031<br>Fax:  (215) 944-6124<br>E-mail:  grahamb@ericshore.com<br>Attorneys for Plaintiff | */s/ Kathleen McLeod Caminiti*<br>Kathleen McLeod Caminiti, Esq.<br>FISHER & PHILLIPS LLP<br>430 Mountain Avenue, Suite 303<br>Murray Hill, NJ  07974<br>Phone:  (908) 516-1050<br>Fax:  (908) 516-1051<br>E-mail:  kcaminiti@fisherphillips.com<br>Attorneys for Defendant |