DNJ-Civ-016 (09/2016)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS WORTLEY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES GYPSUM COMPANY,<br><br>Defendant, | Civil Action No. 19-4495 (ES)<br><br>**30 DAY ORDER ADMINISTRATIVELY TERMINATING ACTION** |

It having been reported to the Court that the above-captioned action has been settled,

**IT IS** on this      23rd      day of    April   , 2019,

**ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it is further

**ORDERED** that within 30 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under the Federal Rules of Civil Procedure or, if settlement cannot be consummated, request that the action be reopened; and it is further

**ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 30-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

                              s/Esther Salas
                              Esther Salas, U.S. District Judge